UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 18-CR-65-PP

DAVID K. COKER,

        Defendant,
and

COUNTY MATERIALS CORPORATION,

        Garnishee-Defendant.

---

### ORDER APPROVING STIPULATION FOR FINAL ORDER IN GARNISHMENT (DKT. NO. 4) AND ORDERING GARNISHMENT OF DEFENDANT'S WAGES

---

        The parties have agreed, through a stipulation, to ask the court to enter a final order in garnishment against the non-exempt wages of the defendant. Dkt. No. 4. The stipulation indicates that both the defendant and the garnishee-defendant have waived service of a writ of garnishment and have waived their rights to a hearing or further process. The defendant has agreed that his wages are subject to garnishment, and the garnishee-defendant controls and possesses the defendant's wages to use for payment. Id.

        The court **APPROVES** the stipulation for final order in garnishment. Dkt. No. 4.

        The court **ORDERS** that the garnishee-defendant shall pay to the plaintiff **$35.00** per pay period from the defendant's earned wages, by sending a check or money order made payable to "Clerk, U.S. District Court" to the

Clerk, U.S. District Court, Room 362, 517 East Wisconsin Avenue, Milwaukee, WI 53202.

The court **ORDERS** that the garnishee-defendant shall continue to make these monthly payments until the unpaid balance is fully paid and satisfied or until the defendant is no longer employed by the garnishee-defendant.

Dated in Milwaukee, Wisconsin this 22nd day of February, 2019.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**